1

2

3

4

5

6

7

8            UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                          No. 2:25-cv-02901-WBS-CSK

IN RE:  STEVEN WAYNE BONILLA

12                                          No. 2:25-cv-02902-WBS-CSK

13                                          No. 2:25-cv-02924-WBS-CSK

14                                          No. 2:25-cv-02925-WBS-CSK

15                                          No. 2:25-cv-03067-WBS-CSK

16                                          No. 2:25-cv-03097-WBS-CSK

17                                          No. 2:25-cv-03136-WBS-CSK

18                                          No. 2:25-cv-03163-WBS-CSK

19                                          No. 2:25-cv-03178-WBS-CSK

20                                          No. 2:25-cv-03208-WBS-CSK

21

22

23                                          **ORDER**

24

25

26        Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

27   above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

28   litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

1

1  proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

2  Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

3  13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

4  the Court to open a new case for each attempted new pleading and assign it to the Court for

5  review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's

6  Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

7       The Court has reviewed the complaints/petitions filed in the above-captioned cases and

8  finds they are related to Plaintiff's Alameda County criminal conviction.

9       Accordingly, IT IS HEREBY ORDERED that 2:25-cv-02901, 2:25-cv-02902, 2:25-cv-

10  02924, 2:25-cv-02925, 2:25-cv-03067, 2:25-cv-03097, 2:25-cv-03136, 2:25-cv-03163, 2:25-cv-

11  03178 and 2:25-cv-03208 are DISMISSED; the Clerk of the Court is directed to close these cases.

12  No further filings will be accepted.

13  Dated:  November 19, 2025

14  _____
    WILLIAM B. SHUBB
15  UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

2